BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 16-00311 WHA ) |
|     Plaintiff, | ) NOTICE OF DISMISSAL; ORDER |
| | ) |
|     v. | ) |
| | ) |
| MARTIN FERNANDO CORONA, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: _Nvedn 27, 2017_

                         Respectfully submitted,

                         BRIAN J. STRETCH
                         United States Attorney

                         BARBARA J. VALLIERE
                         Chief, Criminal Division

//

//

NOTICE OF DISMISSAL
CR 16-00311 WHA

1    Leave is granted to the government to dismiss the indictment.

2

3

4    Date: ___1/5/2026_____

5                                              ~~HON. WILLIAM ALSUP~~
                                               ~~United States District Judge~~
6                                              Hon. Haywood S. Gilliam, Jr.
                                               General Duty Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 16-00311 WHA                              2